**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-7410**

———————————

UNITED STATES OF AMERICA,

                                       Plaintiff - Appellee,

     versus

SEAN KIRKLAND, a/k/a Seth Webb, a/k/a Shawn
Kemp,

                                       Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis and William M. Nickerson,
District Judges. (CR-94-10-WMN, CA-01-1879-WMN)

———————————

Submitted: November 8, 2001      Decided: November 19, 2001

———————————

Before WILKINS, MICHAEL, and KING, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Sean Kirkland, Appellant Pro Se. Christine Manuelian, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sean Kirkland seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Kirkland, Nos. CR-94-10-WMN; CA-01-1879-WMN (D. Md. July 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED